IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SUSAN MAJORS, | : |
|      Plaintiff(s) | :    Case Number: C-1-02-64 |
| vs. | :    District Judge Susan J. Dlott |
| STATE FARM FIRE & CASUALTY CO., | : |
|      Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court GRANTS the Motion for Summary Judgment of State Farm Fire & Casualty Company (Doc. 33) and DENIES Plaintiff Susan Major's Motion for Partial Summary Judgment on the Issue of Breach of Contract (Doc. 30).

8/29/03                        Kenneth Murphy, Clerk

                                         s/Stephen Snyder
                                         Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.