Robert F. Croskery & Associates Co., L.P.A.
Attorneys for Plaintiffs
Reg. No. 0064802

04 JUL -2 AM 11: 36

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| SUSAN MAJORS | : | Case No. C-1-02-64 |
| Plaintiff | : | District Judge Susan J. Dlott |
| | : | **PLAINTIFF'S NOTICE OF APPEAL** |
| -vs- | | |
| STATE FARM FIRE & CASUALTY CO. | : | |

Notice is hereby given that Plaintiff, Susan Majors, hereby appeals the Court's Order granting Defendants' Motion for Summary Judgment (Doc. 42) and its accompanying Judgment (Doc. 43), dated August 29, 2003, to the Sixth Circuit Court of Appeals.

Respectfully Submitted,

*Robert J. Croskery*

OF COUNSEL:
Croskery Law Offices
6860 Tylersville Road, Suite 1
Mason, OH 45040
Telephone: (513) 701-5529
Fax: (513) 701-5528
Rcroskery@Croskerylaw.com

Robert F. Croskery
(Reg. No. 0064802)
Attorney for Plaintiff
6860 Tylersville Road, Suite 1
Mason, OH 45040
Telephone: (513) 701-5529
Fax: (513) 701-5528

-1-

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appeal has been sent via regular U.S. mail to Gordon D. Arnold and John Witherspoon, Attorneys for Defendant, One Dayton Centre, 1 South Main Street, Dayton, Ohio 45402, this _____29th_____ day of June, 2004.

                                                                                             */s/ Robert F. Croskery*
                                                                            Robert F. Croskery
                                                                            Attorney for Plaintiff