```
Wed Jul  7 11:21:10 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 423409
Cashier        kj1

Check Number:  4955,4962

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00

Total Amount         $    255.00

CROSKERY LAW OFFICES

APPEAL FEE C-1-02-064




Wed Jul  7 11:21:10 2004

Check No.  4955,4962
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```