# TRANSMISSION FORM

ECF   7-9-04

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:02-cv-64 | **Court of Appeals Case No:** 04-3898 |
| **SHORT CAPTION** Susan Majors | **Case Manager:** ROBIN DUNCAN |
| **Plaintiff/Petitioner** vs. State Farm Fire & Casualty Co. | **Date Filed:** **FILED** JUL 1 2 2004 LEONARD GREEN, Clerk |
| **Defendant/Respondent** *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Dlott | **Anything That Needs Special Attention** Notice of Appeal(Doc.48) appealing Order granting Defendants' Motion for Summary Judgment(Doc.42) and Judgment (Doc.43) entered on 8/29/03. |
| **Court Reporter(s):** | |
| **From Deputy Clerk:** Kendra Jordan | |
| **Date:** 7-7-04 | |
| $255.00 Appeal Filing Fee Paid? **Yes** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   ___Volume(s)

Deposition(s)   ___Volume(s)   Exhibit(s)   ___ Volume(s)

Transcript(s)   ___Volume(s)   **Sealed**   ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____James Bonini_____
United States District Court