No. 04-3898

**FILED**
DEC 1 0 2004
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SUSAN MAJORS

    Plaintiff - Appellant

v.

STATE FARM FIRE & CASUALTY COMPANY

    Defendant - Appellee

ORDER

1:02 cv 64

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green/rld*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: *Robin Duncan*
Deputy Clerk